IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT POTTER,**
**et, al.,**
**Plaintiffs,**

**v.**

**JANUS INVESTMENT FUND,**
**et al.,**
**Defendants.**                                       **Nos. 06-CV-0929-DRH**
                                                      **06-CV-0997-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is a motion to consolidate filed in 06-CV-0997-DRH (Doc. 3). Said motion is **GRANTED**. These "actions" are actually the same case removed twice from state court. Thus, they should be consolidated. All future filings shall bear case number 06-0929-DRH. Further, the Court **DENIES as moot** the pending motion to dismiss filed in 06-CV-0997-DRH (Doc. 7) as that same motion was also filed in 06-CV-0929-DRH (Doc. 7).

**IT IS SO ORDERED.**

Signed this 20th day of December, 2006.

                                        /s/    David  RHerndon
                                        **United States District Judge**